United States District Court

Eastern District of California

Steven R. Rodriguez, Jr.,

    Plaintiff,                    No. Civ. S 03-2562 MCE PAN P

  vs.                            Order

Cal A. Terhune, et al.,

    Defendants.

-oOo-

April 13, 2005, plaintiff filed a request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1    Plaintiff's April 13, 2005, requests for production of
2 documents is stricken and the clerk of the court shall make a
3 notation thereon to that effect.
4    So ordered.
5    Dated:  April 26, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge