United States District Court

Eastern District of California

Steven R. Rodriguez, Jr.,

     Plaintiff,                  No. Civ. S 03-2562 MCE PAN P

  vs.                        Order

Cal A. Terhune, et al.,

     Defendants.

-oOo-

May 16, 2005, plaintiff filed a memorandum in opposition to defendants' motion to dismiss and a declaration in support thereof without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135.  Plaintiff shall file a proof of service within ten days.

So ordered.

Dated:  May 22, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge