United States District Court

Eastern District of California

Steven R. Rodriguez, Jr.,

    Plaintiff,                  No. Civ. S 03-2562 MCE PAN P

  vs.                           Order

Cal A. Terhune, et al.,

    Defendants.

-oOo-

May 4, 2005, plaintiff requested an extension of time to file and serve an opposition to defendants' motion to dismiss. May 16, 2005, plaintiff filed and served an opposition. Good cause appearing, plaintiff's request is granted and his opposition to defendants' motion to dismiss is accepted as timely.

So ordered.

Dated: May 22, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge