United States District Court

Eastern District of California

Steven R. Rodriguez, Jr.,

        Plaintiff,                    No. Civ. S 03-2562 MCE PAN P

  vs.                               Order

Cal A. Terhune, et al.,

        Defendants.

-oOo-

    Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

    The United States Marshal has returned process directed to defendant Bellitari unserved because he could not be found. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but

must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly:

1. The clerk of the court shall mail plaintiff one form USM-285 and a copy of the pleading filed December 3, 2004.

2. Within 90 days from the date this order is signed, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Bellitari and two copies of the pleading provided to plaintiff.

3. If plaintiff does not provide new instructions for service of process upon defendant Bellitari within the time allowed or show good cause for such failure I will recommend this action be dismissed as to that defendant.

So ordered.

Dated: May 22, 2005.

                  /s/ Peter A. Nowinski
                  PETER A. NOWINSKI
                  Magistrate Judge

\rodr2562.non estes rtrn

```
 1
 2
 3
 4
 5
 6
 7
 8                   United States District Court
 9                  Eastern District of California
10
11
12   Steven R. Rodriguez, Jr.,
13            Plaintiff,         No. Civ. S-03-2562 MCE PAN P
14      vs.                      Notice of Submission of Documents
15   Cal A. Terhune, et al.,
16            Defendants.
17                              -oOo-
18      Plaintiff hereby submits the following documents in
19   compliance with the court's order filed _____:
20          -      completed summons form
21          1      completed forms USM-285
22          2      copies of the   December 3, 2004
                                    Amended Complaint
23
24   Dated: _____
25                                _____
                                  Plaintiff
26
```

3