United States District Court

Eastern District of California

Steven R. Rodriguez, Jr.,

    Plaintiff,  No. Civ. S 03-2562 MCE PAN P

  vs.  Order

Cal A. Terhune, et al.,

    Defendants.

-oOo-

    May 24, 2004, defendants Castillo, Leander and X. Cano requested an extension of time to respond to plaintiff's first request for production of documents.  Good cause appearing, defendant's request is granted and defendant's time to respond to plaintiff's first request for production of documents is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  May 31, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge