IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ, Jr.,

       Plaintiff,                  No. CIV S-03-2562 MCE PAN P

   vs.

CAL A. TERHUNE, et al.,

       Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding in forma pauperis and without counsel seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff moves the court to appoint an investigator.

       No law authorizes expending federal funds for an investigator but insofar as plaintiff requires documents at trial he may utilize the Federal Rules of Civil Procedure.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 13, 2005, motion is denied.

DATED: March 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\rodr2562.dny investigator