IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ, Jr.,

    Plaintiff,　　　　　　　　　No. CIV S-03-2562 MCE PAN P

  vs.

CAL A. TERHUNE, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis seeking relief pursuant to 42 U.S.C. § 1983.  Defendants move to dismiss upon the ground, *inter alia*, plaintiff failed to exhaust available administrative remedies.  Plaintiff filed and served an opposition and now moves to withdraw Exhibit I and the assertion prison officials did not review on the Director's Level of Review the claim prison staff mishandled and lost plaintiff's property.

    Good cause appearing, plaintiff's June 22, 2005, motion is granted.

DATED: March 7, 2006.

                                 /s/ John F. Moulds
                            UNITED STATES MAGISTRATE JUDGE

\004\rodr2562.grnt mtn