1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN R. RODRIGUEZ, Jr.,

11              Plaintiff,                    No. CIV S-03-2562 MCE PAN P

12        vs.

13   CAL A. TERHUNE, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  He

17   requests the court to take judicial notice of <u>Ngo v. Woodford</u>, 403 F.3d 620 (9th Cir. 2005).

18              Upon a party's request the court may judicially notice adjudicative facts,  meaning

19   relevant facts that are not subject to reasonable dispute.  Fed. R. Evid. 201(a), (c); <u>Castillo-</u>

20   <u>Villagra v. I.N.S.</u>, 972 F.2d 1017 (9th Cir. 1992).

21              Legal precedent is not an adjudicative fact.

22   /////

23   /////

24   /////

25   /////

26   /////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's December 19, 2005,

2  motion for judicial notice is denied.

3  DATED: March 7, 2006.

4

5                                      _____

6                                      UNITED STATES MAGISTRATE JUDGE

7

8  \004\rodr2562. judicial notice

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26