IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ, JR.,          No. 2:03-cv-2562-MCE-PAN-P

     Plaintiff,

  v.                                 <u>ORDER</u>

CAL A. TERHUNE, et al.,

     Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.

1

1  Neither party has filed objections to the findings and
2  recommendations.
3     The court has reviewed the file and finds the findings and
4  recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7     1.  The findings and recommendations filed March 8, 2006 are
8  adopted in full;
9     2.  Leander, Ledbetter, Wilson and Bellitari are dismissed
10 from this action for plaintiff's failure to state a claim upon
11 which relief could be granted, see 42 U.S.C.
12 § 1997e(c)(1);
13    3.  The April 25, 2005, motion to dismiss for plaintiff's
14 failure to exhaust available administrative remedies is denied.
15    4.  Cano and Castillo's motion to dismiss for plaintiff's
16 failure to state a claim is granted in part and plaintiff's
17 claims they violated his right to a grievance procedure and his
18 right of access to the courts are dismissed; and
19    5.  Cano and Castillo are directed to file and serve an
20 answer within 30 days from the date of this order.
21 DATED: April 20, 2006

                    _____
                    MORRISON C. ENGLAND, JR
                    UNITED STATES DISTRICT JUDGE

2