IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ, Jr.,

        Plaintiff,                      No. CIV S-03-2562 MCE PAN P

  vs.

CAL A. TERHUNE, et al.,

        Defendants.               ORDER

                                 /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis seeking relief pursuant to 42 U.S.C. § 1983. On December 7, 2005, plaintiff filed a document styled "Motion for Judicial Intervention," by which he seeks assistance in locating defendants Bellitari and Wilson for service of process. By order filed April 21, 2006, the claims against defendant Bellitari and Wilson were dismissed for failure to state a claim upon which relief may be granted. Plaintiff's December 7, 2005 motion is moot and will therefore be denied.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's December 7, 2005 motion for judicial intervention is denied.

DATED: May 17, 2006.

                                             UNITED STATES MAGISTRATE JUDGE

\004\rodr2562.o

1