IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN R. RODRIGUEZ, JR.,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**CAL A. TERHUNE, et al.,**<br><br>                                    Defendants. | 2:03-cv-2562-MCE-PAN-P<br><br>~~PROPOSED~~ **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' First Request for an Extension of Time to file responses to plaintiff's Complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have 45 days from the date of service of this order to file their responses to the complaint.

Dated: May 25, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

\004
\rodr2562.36

1