IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ, JR.,

    Plaintiff,                        No. CIV S-03-2562 MCE EFB P

vs.

CAL A. TERHUNE, et al.,

    Defendants.                  ORDER

_____/

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the June 28, 2007, schedule, plaintiff's pretrial statement was due April 6, 2007, defendants' pretrial statement was due April 20, 2007, the final pretrial conference is scheduled for April 27, 2007, and trial is scheduled for July 18, 2007. However, defendants' motion for summary judgment is pending, which may eliminate or narrow the issues for trial. For that reasons the parties could not and cannot comply with the schedule in the exercise of diligence. *See* Fed. R. Civ. P. 16(b).

    Accordingly, the above dates are vacated, to be reset, if appropriate, following disposition of defendants' motion.

    So ordered.

Dated: May 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE